LAW OFFICES OF

# SNYDER & SNYDER, LLP

94 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591
(914) 333-0700
FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS

rgaudioso@Snyderlaw.net

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

LESLIE J. SNYDER
ROBERT D. GAUDIOSO
DOUGLAS W. WARDEN
JORDAN M. FRY

DAVID L. SNYDER
(1956-2012)

NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:

Tarrytown Office

September 27, 2022

Via ECF

Hon. Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

    Re: *Crown Castle Towers, et al. v Town of Riverhead, et al.*
       2:21-cv-00789-JS-AYS

Dear Judge Shields:

  We represent plaintiffs Crown Castle Towers 06-02 LLC, CCATT LLC, Global Signal Acquisitions III LLC, STC-FIVE LLC, New Cingular Wireless PCS, LLC, and Sprint Spectrum L.P. ("Plaintiffs") in the above-referenced action. We write this joint letter on behalf of Plaintiffs and defendants Town of Riverhead, Town of Riverhead Town Board, Town of Riverhead Zoning Board of Appeals, Town of Riverhead Planning Board, Jefferson V. Murphree the Town of Riverhead Building and Planning Administrator (in his official capacity) and Lizem Associates, LLC to provide the Court with an update on the status of the settlement documents in advance of the September 29, 2022 deadline to file a stipulation of dismissal set by the Court on August 31, 2022, and to respectfully request a short extension of the same.

  The parties have agreed to terms and the settlement documents have been partially executed and will be executed by the remaining parties in the coming days. Based upon the foregoing, the parties respectfully request that the Court provide an additional three (3) weeks to October 20, 2022 for the parties to file the fully-executed stipulation of settlement with consent order to be so-ordered by Your Honor.

  We thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

Robert D. Gaudioso

RDG/jdk

cc: All parties via ECF